UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHEN C. SCHMIDT,

          Petitioner,

v.

JEFFREY A. UTTECHT,

          Respondent.

CASE NO. C19-1063-RAJ

ORDER DENYING PETITIONER'S HABEAS PETITION WITHOUT PREJUDICE

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer thereto, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's habeas petition and this action are DISMISSED, without prejudice to re-filing following exhaustion; and

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 12th day of November, 2019.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER DENYING PETITIONER'S HABEAS
PETITION WITHOUT PREJUDICE
PAGE - 1